IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>C'ERRA DAWN CLARK,<br><br>Defendant. | CR 13–36–GF–DLC<br><br><br>ORDER |

United States Magistrate Judge Keith Strong entered Findings and

Recommendation in this matter on April 25, 2013.  Neither party objected and

therefore they are not entitled to de novo review of the record.  28 U.S.C. §

636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court will review the Findings and Recommendation for clear error.

McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313

(9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed."  United States v. Syrax, 235 F.3d

422, 427 (9th Cir. 2000).

Judge Strong recommended this Court accept C'erra Dawn Clark's guilty plea after Clark appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered her plea of guilty to one count of Assault Resulting in Serious Bodily Injury, as set forth in the Indictment.

I find no clear error in Judge Strong's Findings and Recommendation (doc. 26), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS HEREBY ORDERED that C'erra Dawn Clark's motion to change plea (doc. 13) is GRANTED.

DATED this 14th day of May 2013.

Dana L. Christensen, Chief District Judge
United States District Court